■ In the Matter of IESHA H. and Another, Children Alleged to be Neglected. IAN H., Appellant; JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [648 NYS2d 371] —Appeal unanimously dismissed without costs (*see, Matter of Cherilyn P.,* 192 AD2d 1084, *lv denied* 82 NY2d 652). Counsel's application to withdraw denied as unnecessary. (Appeal from

Order of Jefferson County Family Court, Hunt, J.—Neglect.)
Present—Denman, P. J., Green, Wesley, Doerr and Boehm, JJ.